**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA**

       - against -                       08cr1343 (JGK)

**JASON CUMMINGS,**                          **ORDER**

            **Defendant.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The Government should respond to the defendant's application for compassionate release by May 26, 2020. The defendant may reply by June 5, 2020. The Government should file the response on ECF and serve a copy of the response on the defendant. Chambers will mail a copy of this order to the defendant at "Jason Cummings, Reg. No. 34300-183, F.C.I. Oakdale I, P.O. Box 5000, Oakdale, LA 71463."

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 12, 2020**               /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                     **United States District Judge**