**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

       - against -                         08-cr-1343 (JGK)

**JASON CUMMINGS,**                         <u>**ORDER**</u>

               Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The defendant has filed a motion for compassionate release. The Government should respond by July 24, 2020. The defendant may reply by July 29, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            July 15, 2020                <u>/s/ John G. Koeltl</u>
                                           John G. Koeltl
                                **United States District Judge**