UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

JASON CUMMINGS,
                Defendant.

08-cr-1343 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant has moved for an early termination of supervised release. In a judgment dated December 23, 2010, the defendant was sentenced to 60 months' incarceration, 30 months of which was to run concurrently with a sentence of conviction in the Eastern District of Virginia. See ECF No. 41. The term of incarceration was to be followed by five years of supervised release. Id. The defendant has now moved for an early termination of supervised release.

    The Probation Department has confirmed that the defendant has complied with the terms of his supervised release, has not sustained any new arrests, and has maintained employment. Probation does not oppose the defendant's motion, and the Government defers to Probation. See ECF No. 82. The letters in support of the petitioner's application demonstrate that he has been a valuable and effective employee.

    The defendant has shown good cause for the early termination of supervised release. Therefore, the defendant's application for an early termination of supervised release is

**granted.** The defendant's term of supervised release is terminated.

SO ORDERED.
Dated:    New York, New York
          February 17, 2025

_____
John G. Koeltl
United States District Judge